UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| KEN REDMAN, individually, on a representative basis, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WESTERN STATES DISTRIBUTION, LLC DBA ZENITH GLOBAL LOGISTICS, a California Corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 5:18-cv-2460-PSG-(SPx)<br><br>Hon. Philip S. Gutierrez<br><br>**ORDER GRANTING JOINT STIPULATION TO REMAND CASE TO STATE COURT**<br><br>State Court Case No. CIVDS1826759 |

# **ORDER**

The parties' Joint Stipulation to Remand Action to the Superior Court for the County of San Bernardino is hereby GRANTED. This matter captioned *Ken Redman, individually, on a representative basis, and on behalf of all others similarly situated; Plaintiff v. Western States Distribution, LLC DBA Zenith Global Logistics, a California Corporation; and DOES 1 through 10, inclusive; Defendants*, State Court Case No. CIVDS1826759, is hereby ordered remanded to the state court of and for the county of County of San Bernardino.

**IT IS SO ORDERED**.

DATED: 1-9-19

The Honorable Philip S. Gutierrez
UNITED STATES DISTRICT COURT JUDGE